**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **EVS CODEC TECHNOLOGIES, LLC and SAINT LAWRENCE COMMUNICATIONS, LLC,** <br><br> ***Plaintiffs,*** <br><br> **v.** <br><br> **LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.,** <br><br> ***Defendants.*** | § § § § § § § § § § § § § | **Case No. 2:18-cv-00343-JRG** <br><br> **JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to P.R. 4-3 and the Court's Docket Control Order (Dkt. 57), Plaintiffs EVS Codec Technologies, LLC ("ECT") and Saint Lawrence Communications LLC ("SLC") (collectively, "Plaintiffs") and LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. (collectively, "LG" or "Defendants") hereby submit their Joint Claim Construction and Prehearing Statement ("JCCS").

The claim terms proposed for construction below are found within U.S. Patent Nos. 6,795,805 ("805 patent"), 6,807,524 ("524 patent"), 7,151,802 ("802 patent"), 7,191,123 ("123 patent"), and 7,260,521 ("521 patent") (collectively, "patents-in-suit").

Pursuant to P.R. 4-3, the parties provide the following:

## I. P.R. 4-3(A) – AGREED CLAIM CONSTRUCTIONS

The parties have met and conferred in order to discuss limiting the number of asserted claims and disputed claim terms. At this time, the parties also agree to the following claim constructions:

| Claim Term | Agreed Construction |
|---|---|
| "means for transmitting the encoded wideband signal"<br><br>This term is subject to 35 U.S.C. § 112(6).<br><br>(Claims 59 and 69 of the 123 Patent) | <u>Function:</u><br>"transmitting the encoded wideband signal"<br><br><u>Corresponding Structure:</u><br>"transmission circuit; and equivalents thereof" |
| "means for receiving a transmitted encoded wideband signal"<br><br>This term is subject to 35 U.S.C. § 112(6).<br><br>(Claims 53 and 69 of the 123 Patent) | <u>Function:</u><br>"receiving a transmitted encoded wideband signal"<br><br><u>Corresponding Structure</u>:<br>"receiving circuit; and equivalents thereof" |

## II. P.R. 4-3(B) – DISPUTED CLAIM CONSTRUCTIONS

As an initial matter, the parties note that this Court has previously entered claim construction orders concerning the patents-in-suit. Accordingly, for the disputed claim terms and issues that have been previously addressed by the Court in those prior claim construction orders, Plaintiffs and Defendants have tentatively agreed to an approach similar to the approach taken by the parties in EDTX Case No. 2:16-cv-082 at Dkt. 93 in order to conserve judicial resources. Under this general approach, the parties intend to submit a joint motion for entry of the Court's prior claim construction orders while also preserving their appellate rights through the incorporation of prior claim construction briefing into the claim construction record. For disputed claim terms and issues that were not previously the subject of this Court's prior claim construction orders, the parties intend to provide briefing to this Court and have identified these terms and their corresponding proposed constructions in Exhibits A and B. The parties are continuing to meet and confer in an attempt to further narrow the issues for resolution by the Court and will submit an amended joint claim construction and prehearing statement reflecting any further agreement(s) and/or narrowing of the issues.

In Exhibit A, Plaintiffs propose claim constructions for the disputed claim terms/phrases of the patents-in-suit and identifies intrinsic and extrinsic evidence upon which it may rely to support its proposed constructions.

In Exhibit B, Defendants propose claim constructions for the disputed claim terms/phrases of the patents-in-suit and identify intrinsic and extrinsic evidence upon which they may rely to support their proposed constructions.

## III. P.R. 4-3(C) – LENGTH OF CLAIM CONSTRUCTION HEARING

The Claim Construction Hearing is set to begin at 1:30 p.m. in Marshall, Texas before Judge Rodney Gilstrap on July 24, 2019. The parties propose that the Court allow a total of 3 hours (1.5 hours per side) for the hearing.

## IV. P.R. 4-3(D) – LIVE WITNESS TESTIMONY AT CLAIM CONSTRUCTION HEARING

At this time, Plaintiffs do not intend to call any live witnesses at the claim construction hearing. Further, as set forth in Exhibit A, Plaintiffs may rely on expert testimony, including one or more expert declarations, in support of certain of their positions and/or constructions set forth in their Opening Claim Construction Brief. Plaintiffs may also rely on expert testimony to rebut any expert testimony submitted by Defendants in their Responsive Claim Construction Brief. Such expert testimony and declarations may include an expert declaration from the prior cases involving the patents-in-suit or declarations from any of the experts identified by Plaintiffs in their P.R. 4-2 exchange.

At this time, Defendants do not intend to call any live witnesses at the claim construction hearing.

Further, as set forth in Exhibit B, Defendants may rely on expert testimony, including one or more expert declarations, in support of certain of their positions and/or constructions set forth in their Responsive Claim Construction Brief.

## V. P.R. 4-3(E) – OTHER ISSUES

At this time, Plaintiffs and Defendants are unaware of any additional issues that might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing.

Dated: May 1, 2019

Respectfully submitted,

/s/ *Michael McBride*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Alisa A. Lipski
Texas Bar No. 24041345
alipski@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Michael Killingsworth
Texas Bar No. 24110089
mkillingsworth@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFFS EVS CODEC TECHNOLOGIES, LLC and SAINT LAWRENCE COMMUNICATIONS, LLC**

/s/ *Christopher Dryer (by permission)*
Melissa R. Smith
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael J. McKeon
mckeon@fr.com
Christopher Dryer – *Pro Hac Vice*
dryer@fr.com
Christian A. Chu – *Pro Hac Vice*
chu@fr.com
Andrew Schwentker
schwentker@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on May 1, 2019. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

/s/ *Michael McBride*
Michael McBride