# Exhibit A

**EXHIBIT A**

**P.R. 4-3 Joint Claim Construction Statement**
**Plaintiffs' Proposed Constructions and Support**

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| 1. | "α is a periodicity factor" | 3, 13, 23, 33, 53, 63 | | | | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| 2. | "a method for enhancing periodicity as defined in claim 10" | 16 | | | | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary |

[1] Plaintiffs reserve the right to rely on and/or distinguish any intrinsic or extrinsic evidence identified by the Defendants in the P.R. 4-3 submission and the Defendants' P.R. 4-2 disclosure. Plaintiffs reserve the right to rely on any intrinsic or extrinsic evidence identified by the Plaintiffs in their P.R. 4-2 disclosure.

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| | | | | | | | | Kim<br>TI Application Report |
| **3.** | "a method for enhancing periodicity as defined in claim 13" | 1, 21, 31, 51, 61 | | | | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **4.** | "[cellular/communication ] network element" | 61 | 36 | 33 | 53 | 37, 38, 41, 42, 44 | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **5.** | "perceptual weighting device" | | 1, 15 | | | | Not limiting. | Plaintiffs identify the Experts as potential |

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| | | | | | | | | witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **6.** | "perceptually weighted signal"<br><br>"perceptually weighted speech signal" | | 1, 8, 15 | | | | Not limiting. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **7.** | "the preemphasis signal" | | 8 | | | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness. |

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| | | | | | | | | Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **8.** | "subsequently injected in said over-sampled synthesized signal version as said spectrally-shaped white noise sequence" | | | 3, 11, 27, 35 | | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **9.** | "an encoded version of a wideband signal" | | | 25 | | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard |

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| | | | | | | | | Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **10.** | "calculating a smoothing gain based on said first and second factors" | | | | 1, 21, 53, 69 | | Plain meaning. To the extent the corresponding claim is subject to 35 U.S.C. § 112(6):<br><br><u>Function:</u><br>"calculating a smoothing gain based on said first and second factors"<br><br><u>Corresponding Structure:</u><br>"a processor configured such that "$S_m=\lambda\theta$ and $g_s = S_m*g_0+(1-S_m)*g$, wherein if g < g-1 then $g_0 = g*1.19$ bounded by $g_0 \leq$ g-1, and wherein if g ≥ g-1 then $g_0 = g/1.19$ bounded by $g_0 \geq$ g-1; and equivalents thereof. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **11.** | "voicing factor rv" | | | | 6, 7, 8, 9, 26, 27, 28, 29, 58, 59, 60, 61, 74, 75, 76, 77 | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard |

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| | | | | | | | | Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **12.** | "factor λ" | | | | 8, 28, 29, 60, 61, 76, 77 | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **13.** | "a factor λ=0 indicates a pure voiced signal and a factor λ=1 indicates a pure unvoiced signal" | | | | 9 | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| **14.** | "distance measure" | | | | 10, 11, 30, 31, 62, 63, 78, 79 | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **15.** | "gain smoothing factor $S_m$" | | | | 13, 14, 33, 34, 65, 66, 81, 82 | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **16.** | "initial modified gain $g_0$" | | | | 15, 35, 67, 83 | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness. |

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| | | | | | | | | Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **17.** | "the first λ and second θ factors" | | | | 13, 14, 16, 33, 34, 36, 65, 66, 68, 81, 82, 84 | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **18.** | "a gain-smoothed codevector producing method as claimed in claim 35" | | | | 36 | | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence: |

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| | | | | | | | | AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **19.** | "a pitch codebook search device configured to generate a pitch code vector"<br><br>This term is subject to 35 U.S.C. § 112(6). | | | | | 1 | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |
| **20.** | "pitch codebook search device" | | | | | 55 | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |

| NO. | Claim Term | Claim(s) | | | | | Plaintiffs' Proposed Construction | Plaintiff's Evidence[1] |
|---|---|---|---|---|---|---|---|---|
| | | '805 | '524 | '802 | '123 | '521 | | |
| | | | | | | | | |
| **21.** | "generating a pitch code vector from a pitch codebook search device" | | | | | 55 | Plain meaning. | Plaintiffs identify the Experts as potential witnesses who may testify as to this term's meaning and/or definiteness.<br><br>Additionally, Plaintiffs identify the following extrinsic evidence:<br><br>AMR-WB Standard<br>Patent References<br>IEEE Dictionary<br>Kim<br>TI Application Report |