# Exhibit B

# EXHIBIT B

## LG's Proposed Constructions and Support

**U.S. Patent No. 6,795,805**

| Claim(s) | Claim Term | Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 3, 13, 23, 33, 53, 63 | "α is a periodicity factor" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 12, 13 | "a method for enhancing periodicity as defined in claim 10" | Indefinite | **Intrinsic Evidence**<br>Cl. 10, 12, 13<br><br>**Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 16 | "a method for enhancing periodicity as defined in claim 13" | Indefinite | **Intrinsic Evidence**<br>Cl. 10, 13, 16<br><br>**Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 61 | "cellular network element" | cellular base station | **Intrinsic Evidence**<br>Col. 4:26-6:19, Fig. 4<br><br>**Extrinsic Evidence**<br>Newton's Telecom Dictionary 15th ed. (1999)<br><br>LG reserves its right to offer expert testimony regarding the meaning of this term to rebut any |

| Claim(s) | Claim Term | Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | expert testimony offered by Plaintiffs. |

**U.S. Patent No. 6,807,524**

| Claim(s) | Claim Term | Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 1, 15 | "perceptual weighting device"<br><br>This term is subject to 35 U.S.C. § 112(6). | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 1, 8, 15 | "perceptually weighted signal" / "perceptually weighted speech signal" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 8 | "the preemphasis signal" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 36 | "cellular network element" | cellular base station | **Intrinsic Evidence**<br>Col. 4:16-62, 5:17-6:27; Fig.4<br><br>**Extrinsic Evidence**<br>Newton's Telecom Dictionary 15th ed. (1999)<br><br>LG reserves its right to offer expert testimony regarding the meaning of this term to rebut any expert testimony offered by Plaintiffs. |

**U.S. Patent No. 7,151,802**

| Claim(s) | Claim Term | Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 3, 11, 27, 35 | "subsequently injected in said over-sampled synthesized signal version as said spectrally-shaped white noise sequence" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 25 | "an encoded version of a wideband signal" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 33 | "communication network element" | cellular base station | **Intrinsic Evidence**<br>Col. 5:43-47, 6:4-7:15; Fig.4<br><br>**Extrinsic Evidence**<br>Newton's Telecom Dictionary 15th ed. (1999)<br><br>LG reserves its right to offer expert testimony regarding the meaning of this term to rebut any expert testimony offered by Plaintiffs. |

**U.S. Patent No. 7,191,123**

| Claim(s) | Claim Term | Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 1, 21, 53, 69 | "calculating a smoothing gain based on said first and second factors" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 6-9, 26-29, 58-61, 74-77 | "voicing factor rv" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |

| Claim(s) | Claim Term | Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 8, 28, 29, 60, 61, 76, 77 | "factor λ" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 9 | "a factor λ=0 indicates a pure voiced signal and a factor λ=1 indicates a pure unvoiced signal" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 10, 11, 30, 31, 62, 63, 78, 79 | "distance measure" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 13, 14, 33, 34, 65, 66, 81, 82 | "gain smoothing factor $S_m$" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 15, 35, 67, 83 | "initial modified gain $g_0$" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 13, 14, 16, 33, 34, 36, 65, 66, 68, 81, 82, 84 | "the first λ and second θ factors" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 36 | "a gain-smoothed codevector producing method as claimed in claim 35" | Indefinite | **Intrinsic Evidence**<br>Cl. 35<br><br>**Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs |
| 53 | "cellular network element" | cellular base station | **Intrinsic Evidence** |

| Claim(s) | Claim Term | Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | Col. 5:1-6:64; Fig. 4<br><br>**<u>Extrinsic Evidence</u>**<br>Newton's Telecom Dictionary 15th ed. (1999)<br><br>LG reserves its right to offer expert testimony regarding the meaning of this term to rebut any expert testimony offered by Plaintiffs. |

**U.S. Patent No. 7,260,521**

| Claim(s) | Claim Term | Construction | Support |
|---|---|---|---|
| 1 | "a pitch codebook search device configured to generate a pitch code vector"<br><br>This term is subject to 35 U.S.C. § 112(6). | Indefinite | **<u>Extrinsic Evidence</u>**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |
| 37, 38, 41, 42, 44 | "network element" | a base station | **<u>Intrinsic Evidence</u>**<br>Col. 4:26-6:15, Fig. 4.<br><br>**<u>Extrinsic Evidence</u>**<br>Newton's Telecom Dictionary 15th ed. (1999)<br><br>LG reserves its right to offer expert testimony regarding the meaning of this term to rebut any expert testimony offered by Plaintiffs. |
| 55 | "pitch codebook search device" | Indefinite | **<u>Extrinsic Evidence</u>**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut |

| Claim(s) | Claim Term | Construction | Support |
|---|---|---|---|
| | | | any expert testimony offered by Plaintiffs. |
| 55 | "generating a pitch code vector from a pitch codebook search device" | Indefinite | **Extrinsic Evidence**<br>LG reserves its right to offer expert testimony regarding the indefiniteness of this term to rebut any expert testimony offered by Plaintiffs. |